# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 12-5287**

**September Term, 2013**

**1:06-cv-00742-RWT**

**Filed On:** January 15, 2014

Dianne D. Sledge, Co-personal representative
of the Estate of Rico Woodland, et al.,

      Appellants

      v.

Federal Bureau of Prisons,

      Appellee

    **BEFORE:**    Kavanaugh, Circuit Judge; Sentelle and Randolph, Senior Circuit
                Judges

## O R D E R

Upon consideration of the court's order to show cause filed December 13, 2013,
and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the sealed opinion filed December 13, 2013, be
unsealed. The Clerk is directed to unseal the opinion and issue it publicly. It is

**FURTHER ORDERED** that the record material filed under seal in the Joint
Appendix at JA 210-937 remain under seal.

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

         BY:    /s/
                Jennifer M. Clark
                Deputy Clerk